IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| RONALD L. BALLOU, | ) | 4:15CV3106 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| MICHAEL L. KENNEY, et al., | ) | |
| Defendants. | ) | |

IT IS ORDERED:

1. Plaintiff's motion for an extension of time (Filing No. 19) is granted, and Plaintiff shall have until July 2, 2016, to file an amended complaint.

2. The clerk of the court is directed to reset the pro se case management deadline to read: July 2, 2016: check for amended complaint.

DATED this 25th day of April, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge