IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| RONALD L. BALLOU, | ) | 4:15CV3106 |
| | ) | |
| Plaintiff, | ) | |
| | ) | MEMORANDUM |
| v. | ) | AND ORDER |
| | ) | |
| MICHAEL L. KENNEY, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

On February 4, 2016, the court determined on initial review that Plaintiff's complaint fails to state a claim, but on its own motion granted Plaintiff leave to file an amended complaint within 30 days (filing no. 14). On February 22, 2016, the court granted Plaintiff a 60-day extension of time, until May 2, 2016, to file an amended complaint (text order). On April 25, 2016, the court granted Plaintiff another 60-day extension of time, until July 2, 2016, to file an amended complaint (filing no. 20). To date, Plaintiff has not filed an amended complaint.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

DATED this 25th day of July, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge